JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MERCHSOURCE, LLC, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CEVA FREIGHT, LLC, a Delaware corporation,<br><br>　　　　　Defendant.<br><br>CEVA FREIGHT, LLC, a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>MERCHSOURCE, LLC, a Delaware corporation,<br><br>　　　　　Counterdefendant. | CASE NO. 8:18-cv-1762-JLS (JDEx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Stipulation]*<br><br>Assigned to Hon. Josephine L. Staton, Courtroom 10A |

3551683.1

## **ORDER**

The parties having so stipulated, the above-captioned action, and all claims and counterclaims alleged therein, are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 22, 2019

*JOSEPHINE L. STATON*
Hon. Josephine L. Staton
United States District Court Judge